AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
для the
Northern District of California

| Abdusselam Bezirgan | ) |
|---|---|
| Plaintiff(s) | ) |
| v. | ) Civil Action No. **CV25 3224** |
| Times of Internet Limited | ) |
| Defendant(s) | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
Times of Internet Limited

Times Center, FC-6, Film City, Sector 16A,
Noida, Uttar Pradesh 201301,
India

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Abdusselam Bezirgan

2512 - 510 12 Ave SW,
Calgary, Alberta, Canada
T2R 0X5

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

MARK B. BUSBY
CLERK OF COURT

ALENA CLARK

Date: 04/10/2025