*Name:* **Abdusselam Bezirgan**

*Address:* **2512 – 510 12 Ave SW Calgary, Alberta, Canada. T2R 0X5**

*Phone:* **416 890 8560**

**Pro Se**

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **IN RE DIGITAL MILLENNIUM COPYRIGHT ACT SECTION 512(h) SUBPOENA TO GOOGLE LLC / YOUTUBE** | **Case No.: 4:25-cv-03224**<br><br>**REQUEST TO THE CLERK FOR ISSUANCE OF SUBPOENA PURSUANT TO 17 U.S.C. § 512(h) TO IDENTIFY ALLEGED COPYRIGHT INFRINGER(S)** |

Plaintiff Abdusselam Bezirgan ("Plaintiff") respectfully requests that the Clerk of this Court to issue a subpoena pursuant to 17 U.S.C. § 512(h) to **Google LLC**, the service provider operating **YouTube**, for the purpose of identifying one or more alleged infringers of Plaintiff's copyrights. In support of this request, Plaintiff states the following:

1. **Plaintiff's Copyright Ownership:** Plaintiff Abdusselam Bezirgan is the exclusive owner of copyrighted audiovisual works published on the Plaintiff's YouTube channel *Media Bezirgan*. The copyrighted work at issue is Plaintiff's March 6, 2025 video documenting the political protest during Indian External Affairs Minister S. Jaishankar's visit to London with the U.S. Copyright Office under Registration No. PA0002522468.

2. **Alleged Infringement**: Plaintiff has identified direct copyright infringement committed by individuals operating the digital media channel **Navbharat Times**, owned by Times Internet Limited. Defendant unlawfully copied, reproduced, publicly displayed, and

**1**

REQUEST TO THE CLERK FOR ISSUANCE OF SUBPOENA

monetized screenshots and video frames taken directly from Plaintiff's copyrighted video without authorization. A copy of the infringing video is accessible via: **https://www.dropbox.com/scl/fi/pyjbxinq0h54m483z58gl/Video-Apr-02-2025-12-31-46-PM.mov?rlkey=ec8znpy6xnsl7dyzyjhkdobxt&st=y5bzlib8&dl=0**These instances are detailed in **Exhibit 5**.

3. **Notification Sent to Service Provider**: Plaintiff submitted DMCA-compliant takedown notices to YouTube in accordance with **17 U.S.C. § 512(c)(3)(A)**, requesting removal of the infringing content. Copies of these notifications are attached as **Exhibit 1**.

4. **Purpose of the Subpoena**: The purpose of this subpoena is to obtain identifying information sufficient to ascertain the identity of the individual(s) responsible for uploading, editing, and publishing the infringing video associated with the Navbharat Times channel, so that Plaintiff may pursue legal action for the infringement of his exclusive copyrights.

5. **Compliance with Statutory Requirements**: Pursuant to 17 U.S.C. § 512(h)(2), Plaintiff has submitted:

   - A copy of the DMCA notice(s) sent to YouTube (**Exhibit 1**);

   - A proposed subpoena directed to Google LLC / YouTube (**Exhibit 2**);

   - A sworn declaration stating that the subpoena is sought solely to enforce Plaintiff's rights under Title 17 (**Exhibit 3**);

**Clerk's Duty to Issue Subpoena**: Under 17 U.S.C. § 512(h)(4), if the notification and accompanying documentation comply with the statutory requirements, and the proposed subpoena is in proper form, the Clerk shall expeditiously issue and sign the subpoena.

REQUEST TO THE CLERK FOR ISSUANCE OF SUBPOENA

Dated: February 18 , 2026                                    By: /s/ Abdusselam Bezirgan

                                                            Pro Se Plaintiff

REQUEST TO THE CLERK FOR ISSUANCE OF SUBPOENA

# EXHIBIT 1

REQUEST TO THE CLERK FOR ISSUANCE OF SUBPOENA

Case 4:25-cv-03224-YGR   Document 11   Filed 02/18/26   Page 5 of 22

 Gmail

**Abdusselam Bezirgan <abdusselambezirgan@gmail.com>**

---

## [OD5PLNLQWRZHWQWA2WGET6EUSU] YouTube Copyright Complaint Submission

6 messages

---

**YouTube Copyright** <youtube-disputes+2qwxfky6trpt207@google.com>          Sat, Mar 8, 2025 at 2:40 AM
Reply-To: YouTube Copyright <youtube-disputes+2qwxfky6trpt207@google.com>
To: abdusselambezirgan@gmail.com

 YouTube

## Copyright Infringement Notification Confirmation

Thank you for your submission. It is under review to ensure it is valid and includes all required elements. We will reply to this email when we've taken action on your request. You can also check on the status of your takedown request in the 'Removal requests' tab which is found in the Copyright section of your channel.

Here is the information you filled in:

- Copyright Owner Name (Company Name if applicable): Media Bezirgan
- Your Full Legal Name (Aliases, usernames or initials not accepted): Abdusselam Bezirgan
- Your Title or Job Position (What is your authority to make this complaint?): Owner
- Address:
    - 208-1404 10st sw
    - Calgary, Alberta T2R 1E6
    - CA
- Username: Abdusselam Bezirgan
- Email Address: abdusselambezirgan@gmail.com
- Phone: (416) 890-8560

- URL of allegedly infringing video to be removed: https://www.youtube.com/watch?v=2KZ7LHi0cc8
- Describe the work allegedly infringed: My video
    - Source of video: lztLnM9bSl4
    - Type of video: Internet video
    - Where does the content appear?
      The content appears in the targeted video from 0:00:00 to 0:00:03 :
      https://www.youtube.com/watch?v=2KZ7LHi0cc8&t=0
      It appears in your source video from 0:00:00 to 0:00:14 :
      https://www.youtube.com/watch?v=lztLnM9bSl4&t=0

- URL of allegedly infringing video to be removed: https://www.youtube.com/watch?v=ZwAHPvanIPg
- Describe the work allegedly infringed: My video
    - Source of video: lztLnM9bSl4
    - Type of video: Internet video
    - Where does the content appear?
      The content appears in the targeted video from 0:00:00 to 0:00:03 :
      https://www.youtube.com/watch?v=ZwAHPvanIPg&t=0
      It appears in your source video from 0:00:00 to 0:00:03 :
      https://www.youtube.com/watch?v=lztLnM9bSl4&t=0

- URL of allegedly infringing video to be removed: https://www.youtube.com/watch?v=mJoWTNu1Xeo
- Describe the work allegedly infringed: My video
  - Source of video: lztLnM9bSl4
  - Type of video: Internet video
  - Where does the content appear?
    The content appears in the targeted video from 0:00:03 to 0:00:19 :
    https://www.youtube.com/watch?v=mJoWTNu1Xeo&t=3
    It appears in your source video from 0:00:13 to 0:00:14 :
    https://www.youtube.com/watch?v=lztLnM9bSl4&t=13

- Country where copyright applies: CA
- I, in good faith state that:
  - I am the owner, or an agent authorized to act on behalf of the owner of an exclusive right that is allegedly infringed.
  - I have a good faith belief that the use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law; and
  - This notification is accurate.
  - I acknowledge that there may be adverse legal consequences for making false or bad faith allegations of copyright infringement by using this process.
  - I understand that abuse of this tool will result in termination of my YouTube channel.
- Authorized Signature: Abdusselam Bezirgan

- The YouTube Team

Help Center • Email Options

You received this email to provide information and updates around your YouTube channel or account.



© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066

On Mar 8, 2025 abdusselambezirgan@gmail.com wrote:

Video IDs: 2KZ7LHi0cc8, ZwAHPvanIPg, mJoWTNu1Xeo

---

**YouTube Copyright** <youtube-disputes+2qwxfky6trpt207@google.com>      Sat, Mar 8, 2025 at 8:51 AM
Reply-To: YouTube Copyright <youtube-disputes+2qwxfky6trpt207@google.com>
To: abdusselambezirgan@gmail.com

Case 4:25-cv-03224-YGR   Document 11   Filed 02/18/26   Page 7 of 22



Hi Abdusselam Bezirgan,

Thank you for your removal request. We've reviewed your request and need some more information from you before we can proceed. Please read the entire email carefully for a complete update of each video's status.

## Add video details

<span style="color:red">Action needed</span>

Your identification of the specific copyrighted work at issue is unclear. To identify the specific work allegedly infringed, answering some or all of the following questions will be helpful:

- Required:
  - What is the title of your copyrighted work? If your work is untitled, give a description of the contents in the work.
  - What type of copyrighted work is it?
- Encouraged:
  - When was it authored?
  - By whom was it authored?
  - If portions of your work appear in this video, what are the specific timestamps in which this occurs?

Videos in question:

https://www.youtube.com/watch?v=2KZ7LHi0cc8

Video (Internet video)

Title of your video: BREAKING: U.K. Khalistanis Chant in Support of Justin Trudeau, Block Indian Minister's Car in London

Content found in: 0:00:00 to 0:00:03

https://www.youtube.com/watch?v=ZwAHPvanIPg

Video (Internet video)

Title of your video: BREAKING: U.K. Khalistanis Chant in Support of Justin Trudeau, Block Indian Minister's Car in London

Content found in: 0:00:00 to 0:00:03

https://www.youtube.com/watch?v=mJoWTNu1Xeo

⬚◻ Video (Internet video)

Title of your video: BREAKING: U.K. Khalistanis Chant in Support of Justin Trudeau, Block Indian Minister's Car in London

Content found in: 0:00:03 to 0:00:19

You may take back your claim of copyright infringement at any time if you change your mind.

- The YouTube Team

---

Here is the information you filled in:

Copyright Owner Name (Company Name if applicable): Media Bezirgan
Your Full Legal Name (Aliases, usernames or initials not accepted):
Abdusselam Bezirgan
Your Title or Job Position (What is your authority to make this complaint?):
Owner
Address:
208-1404 10st sw
Calgary, Alberta T2R 1E6
CA
Username: Abdusselam Bezirgan
Email Address: abdusselambezirgan@gmail.com
Phone: (416) 890-8560

URL of allegedly infringing video to be removed:
https://www.youtube.com/watch?v=2KZ7LHi0cc8
Describe the work allegedly infringed: My video
- Title of video: BREAKING: U.K. Khalistanis Chant in Support of Justin Trudeau, Block Indian Minister's Car in London
- Source of video: IztLnM9bSl4
- Type of video: Internet video
- Where does the content appear?
  The content appears in the targeted video from 0:00:00 to 0:00:03 :

https://www.youtube.com/watch?v=2KZ7LHi0cc8&t=0

It appears in your source video from 0:00:00 to 0:00:14 :

https://www.youtube.com/watch?v=IztLnM9bSl4&t=0

URL of allegedly infringing video to be removed:

https://www.youtube.com/watch?v=ZwAHPvanIPg

Describe the work allegedly infringed: My video

- Title of video: BREAKING: U.K. Khalistanis Chant in Support of Justin Trudeau, Block Indian Minister's Car in London
- Source of video: IztLnM9bSl4
- Type of video: Internet video
- Where does the content appear?
  The content appears in the targeted video from 0:00:00 to 0:00:03 :
  https://www.youtube.com/watch?v=ZwAHPvanIPg&t=0
  It appears in your source video from 0:00:00 to 0:00:03 :
  https://www.youtube.com/watch?v=IztLnM9bSl4&t=0

URL of allegedly infringing video to be removed:

https://www.youtube.com/watch?v=mJoWTNu1Xeo

Describe the work allegedly infringed: My video

- Title of video: BREAKING: U.K. Khalistanis Chant in Support of Justin Trudeau, Block Indian Minister's Car in London
- Source of video: IztLnM9bSl4
- Type of video: Internet video
- Where does the content appear?
  The content appears in the targeted video from 0:00:03 to 0:00:19 :
  https://www.youtube.com/watch?v=mJoWTNu1Xeo&t=3
  It appears in your source video from 0:00:13 to 0:00:14 :
  https://www.youtube.com/watch?v=IztLnM9bSl4&t=13

Country where copyright applies: CA

I, in good faith state that:

- I am the owner, or an agent authorized to act on behalf of the owner of an exclusive right that is allegedly infringed.
- I have a good faith belief that the use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law; and
- This notification is accurate.
- I acknowledge that there may be adverse legal consequences for making false or bad faith allegations of copyright infringement by using

Case 4:25-cv-03224-YGR    Document 11    Filed 02/18/26    Page 11 of 22

making false or bad faith allegations of copyright infringement by using this process.

- I understand that abuse of this tool will result in termination of my YouTube channel.

Authorized Signature: Abdusselam Bezirgan


Help Center • Email Options

You received this email to provide information and updates around your YouTube channel or account.



© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066


On Mar 8, 2025 YouTube Copyright

[Quoted text hidden]

---

**Abdusselam Bezirgan** <abdusselambezirgan@gmail.com>                    Sat, Mar 8, 2025 at 1:14 PM
To: YouTube Copyright <youtube-disputes+2qwxfky6trpt207@google.com>

Hello, im the producer of the footage. I recorded them in London, U.K. myself. There was a scheduled protest and I had the foresight to go there from Canada to capture it on camera.

Some international news outlets have used that footage despite my disclaimer stating that they must contact me for permission.

This hurts my business as it makes my paying customers feel like a fool for paying. Please do the right think and preserve an environment FOR the creators, NOT the megalithic media companies who hide my logo, don't credit me for it, and pass my footage as their own to the world.

Thank you.

[Quoted text hidden]

---

**YouTube Copyright** <youtube-disputes+2qwxfky6trpt207@google.com>                    Thu, Mar 20, 2025 at 7:08 AM
Reply-To: YouTube Copyright <youtube-disputes+2qwxfky6trpt207@google.com>
To: abdusselambezirgan@gmail.com



Hi Abdusselam Bezirgan,

Thank you for your response. We've reviewed it and provided updates below.

## Request resolved

The content listed below has been removed.

Videos in question:

https://www.youtube.com/watch?v=2KZ7LHi0cc8

https://www.youtube.com/watch?v=ZwAHPvanIPg

https://www.youtube.com/watch?v=mJoWTNu1Xeo

---

We use a combination of automated systems and human reviews to process removal requests.

[Quoted text hidden]

Help Center • Email Options

You received this email to provide information and updates around your YouTube channel or account.



© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066

[Quoted text hidden]

---

**Abdusselam Bezirgan** <abdusselambezirgan@gmail.com>                    Sat, Apr 5, 2025 at 12:49 PM
To: Abhishek Gupta <abhishekgupta1926@gmail.com>

[Quoted text hidden]

---

**Abdusselam Bezirgan** <abdusselambezirgan@gmail.com>                    Tue, Apr 8, 2025 at 11:03 AM

Case 4:25-cv-03224-YGR   Document 11   Filed 02/18/26   Page 13 of 22

To: Abhishek Gupta <abhishekgupta1926@gmail.com>

## Forwarded Conversation
**Subject: [OD5PLNLQWRZHWQWA2WGET6EUSU] YouTube Copyright Complaint Submission**

----------------------

[Quoted text hidden]

----------
From: **YouTube Copyright** <youtube-disputes+2qwxfky6trpt207@google.com>
Date: Sat, Mar 8, 2025 at 8:51 AM
To: <abdusselambezirgan@gmail.com>



Hi Abdusselam Bezirgan,

Thank you for your removal request. We've reviewed your request and need some more information from you before we can proceed. Please read the entire email carefully for a complete update of each video's status.

[Quoted text hidden]

Help Center • Email Options

You received this email to provide information and updates around your YouTube channel or account.



© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066

[Quoted text hidden]

----------
From: **Abdusselam Bezirgan** <abdusselambezirgan@gmail.com>
Date: Sat, Mar 8, 2025 at 1:14 PM
To: YouTube Copyright <youtube-disputes+2qwxfky6trpt207@google.com>

Hello, im the producer of the footage. I recorded them in London, U.K. myself. There was a scheduled protest and I had the foresight to go there from Canada to capture it on camera.

Some international news outlets have used that footage despite my disclaimer stating that they must contact me for permission.

This hurts my business as it makes my paying customers feel like a fool for paying. Please do the right think and preserve an environment FOR the creators, NOT the megalithic media companies who hide my logo, don't credit me for it, and pass my footage as their own to the world.

Thank you.

----------
From: **YouTube Copyright** <youtube-disputes+2qwxfky6trpt207@google.com>
Date: Thu, Mar 20, 2025 at 7:08 AM
To: <abdusselambezirgan@gmail.com>



Hi Abdusselam Bezirgan,

Thank you for your response. We've reviewed it and provided updates below.

## Request resolved

The content listed below has been removed.

Videos in question:

https://www.youtube.com/watch?v=2KZ7LHi0cc8

https://www.youtube.com/watch?v=ZwAHPvanIPg

https://www.youtube.com/watch?v=mJoWTNu1Xeo

We use a combination of automated systems and human reviews to process removal requests.

Help Center • Email Options

You received this email to provide information and updates around your YouTube channel or account.



© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066

----------
From: **Abdusselam Bezirgan** <abdusselambezirgan@gmail.com>
Date: Sat, Apr 5, 2025 at 12:49 PM
To: Abhishek Gupta <abhishekgupta1926@gmail.com>

# EXHIBIT 2

REQUEST TO THE CLERK FOR ISSUANCE OF SUBPOENA

AO 88B (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Northern District of California

| | |
|---|---|
| IN RE DIGITAL MILLENNIUM COPYRIGHT ACT SECTION 512(h) SUBPOENA TO GOOGLE LLC / YOUTUBE | ) |
| *Plaintiff* | ) |
| v. | )   Civil Action No. |
| | ) |
| | ) |
| *Defendant* | ) |

### SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS
### OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION

To:
    Google LLC, Address: Corporation Service Company, 2710 Gateway Oaks Drive, Suite 150N,  Sacramento, CA 95833

*(Name of person to whom this subpoena is directed)*

☑ *Production:* **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and to permit inspection, copying, testing, or sampling of the material:  **See Attachment A**

| Place:   Address: 2512 – 510 12 Ave SW Calgary, Alberta, Canada. T2R 0X5 Email: abdusselambezirgan@gmail.com | Date and Time: February 18, 2026 at 11:59 PM (Pacific Time) |
|---|---|

❏ *Inspection of Premises:* **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
|---|---|
| | |

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date: _____

| *CLERK OF COURT* | |
|---|---|
| | OR |
| _____ | _____ |
| *Signature of Clerk or Deputy Clerk* | *Attorney's signature* |

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)* _____ , who issues or requests this subpoena, are:

**The Plaintiff Pro se, Address: 2512 – 510 12 Ave SW Calgary, Alberta, Canada. T2R 0X5 Email: abdusselambezirgan@gmail.com, Ph. No.  416 890 8560**

### Notice to the person who issues or requests this subpoena
If this subpoena commands the production of documents, electronically stored information, or tangible things or the inspection of premises before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

AO 88B  (Rev.  02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

I received this subpoena for *(name of individual and title, if any)* _____

on *(date)* _____ .

❒ I served the subpoena by delivering a copy to the named person as follows: _____

_____ on *(date)* _____ ; or

❒ I returned the subpoena unexecuted because: _____

_____ .

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc.:

AO 88B  (Rev.  02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action(Page 3)

## Federal Rule of Civil Procedure 45 (c), (d), (e), and (g) (Effective 12/1/13)

**(c) Place of Compliance.**

  **(1)** *For a Trial, Hearing, or Deposition.* A subpoena may command a person to attend a trial, hearing, or deposition only as follows:
   **(A)** within 100 miles of where the person resides, is employed, or regularly transacts business in person; or
   **(B)** within the state where the person resides, is employed, or regularly transacts business in person, if the person
      **(i)** is a party or a party's officer; or
      **(ii)** is commanded to attend a trial and would not incur substantial expense.

  **(2)** *For Other Discovery.* A subpoena may command:
   **(A)** production of documents, electronically stored information, or tangible things at a place within 100 miles of where the person resides, is employed, or regularly transacts business in person; and
   **(B)** inspection of premises at the premises to be inspected.

**(d) Protecting a Person Subject to a Subpoena; Enforcement.**

  **(1)** *Avoiding Undue Burden or Expense; Sanctions.* A party or attorney responsible for issuing and serving a subpoena must take reasonable steps to avoid imposing undue burden or expense on a person subject to the subpoena. The court for the district where compliance is required must enforce this duty and impose an appropriate sanction—which may include lost earnings and reasonable attorney's fees—on a party or attorney who fails to comply.

  **(2)** *Command to Produce Materials or Permit Inspection.*
   **(A)** *Appearance Not Required.* A person commanded to produce documents, electronically stored information, or tangible things, or to permit the inspection of premises, need not appear in person at the place of production or inspection unless also commanded to appear for a deposition, hearing, or trial.
   **(B)** *Objections.* A person commanded to produce documents or tangible things or to permit inspection may serve on the party or attorney designated in the subpoena a written objection to inspecting, copying, testing, or sampling any or all of the materials or to inspecting the premises—or to producing electronically stored information in the form or forms requested. The objection must be served before the earlier of the time specified for compliance or 14 days after the subpoena is served. If an objection is made, the following rules apply:
      **(i)** At any time, on notice to the commanded person, the serving party may move the court for the district where compliance is required for an order compelling production or inspection.
      **(ii)** These acts may be required only as directed in the order, and the order must protect a person who is neither a party nor a party's officer from significant expense resulting from compliance.

  **(3)** *Quashing or Modifying a Subpoena.*
   **(A)** *When Required.* On timely motion, the court for the district where compliance is required must quash or modify a subpoena that:
      **(i)** fails to allow a reasonable time to comply;
      **(ii)** requires a person to comply beyond the geographical limits specified in Rule 45(c);
      **(iii)** requires disclosure of privileged or other protected matter, if no exception or waiver applies; or
      **(iv)** subjects a person to undue burden.
   **(B)** *When Permitted.* To protect a person subject to or affected by a subpoena, the court for the district where compliance is required may, on motion, quash or modify the subpoena if it requires:
      **(i)** disclosing a trade secret or other confidential research, development, or commercial information; or

      **(ii)** disclosing an unretained expert's opinion or information that does not describe specific occurrences in dispute and results from the expert's study that was not requested by a party.
   **(C)** *Specifying Conditions as an Alternative.* In the circumstances described in Rule 45(d)(3)(B), the court may, instead of quashing or modifying a subpoena, order appearance or production under specified conditions if the serving party:
      **(i)** shows a substantial need for the testimony or material that cannot be otherwise met without undue hardship; and
      **(ii)** ensures that the subpoenaed person will be reasonably compensated.

**(e) Duties in Responding to a Subpoena.**

  **(1)** *Producing Documents or Electronically Stored Information.* These procedures apply to producing documents or electronically stored information:
   **(A)** *Documents.* A person responding to a subpoena to produce documents must produce them as they are kept in the ordinary course of business or must organize and label them to correspond to the categories in the demand.
   **(B)** *Form for Producing Electronically Stored Information Not Specified.* If a subpoena does not specify a form for producing electronically stored information, the person responding must produce it in a form or forms in which it is ordinarily maintained or in a reasonably usable form or forms.
   **(C)** *Electronically Stored Information Produced in Only One Form.* The person responding need not produce the same electronically stored information in more than one form.
   **(D)** *Inaccessible Electronically Stored Information.* The person responding need not provide discovery of electronically stored information from sources that the person identifies as not reasonably accessible because of undue burden or cost. On motion to compel discovery or for a protective order, the person responding must show that the information is not reasonably accessible because of undue burden or cost. If that showing is made, the court may nonetheless order discovery from such sources if the requesting party shows good cause, considering the limitations of Rule 26(b)(2)(C). The court may specify conditions for the discovery.

  **(2)** *Claiming Privilege or Protection.*
   **(A)** *Information Withheld.* A person withholding subpoenaed information under a claim that it is privileged or subject to protection as trial-preparation material must:
      **(i)** expressly make the claim; and
      **(ii)** describe the nature of the withheld documents, communications, or tangible things in a manner that, without revealing information itself privileged or protected, will enable the parties to assess the claim.
   **(B)** *Information Produced.* If information produced in response to a subpoena is subject to a claim of privilege or of protection as trial-preparation material, the person making the claim may notify any party that received the information of the claim and the basis for it. After being notified, a party must promptly return, sequester, or destroy the specified information and any copies it has; must not use or disclose the information until the claim is resolved; must take reasonable steps to retrieve the information if the party disclosed it before being notified; and may promptly present the information under seal to the court for the district where compliance is required for a determination of the claim. The person who produced the information must preserve the information until the claim is resolved.

**(g) Contempt.**
The court for the district where compliance is required—and also, after a motion is transferred, the issuing court—may hold in contempt a person who, having been served, fails without adequate excuse to obey the subpoena or an order related to it.

For access to subpoena materials, see Fed. R. Civ. P. 45(a) Committee Note (2013).

**ATTACHMENT A**

**SCHEDULE OF DOCUMENTS TO BE PRODUCED**

DOCUMENT REQUESTS

Pursuant to 17 U.S.C. § 512(h), the subpoena commands production of all documents and information sufficient to identify the user(s) responsible for operating the YouTube channels listed below, which are alleged to have infringed copyrighted works owned by **Abdusselam Bezirgan**.

The requested identifying information includes, but is not limited to, the following:

    a)   Full legal name(s) associated with the Google/YouTube account(s)

    b)   Physical mailing address(es) linked to the account(s)

    c)   Telephone number(s) linked to the account(s)

    d)   Email address(es) associated with the account(s)

**USER ACCOUNTS FROM DMCA NOTICE**

    1.   **Navbharat Times**

- **Channel ID**: UCl8wUKzoUVzg7U6ky1ZR8hQ

- **URL**: www.youtube.com/@navbharattimes

# EXHIBIT 3

REQUEST TO THE CLERK FOR ISSUANCE OF SUBPOENA

*Name:* **Abdusselam Bezirgan**

*Address: 2512 – 510 12 Ave SW Calgary, Alberta, Canada. T2R 0X5*

*Phone: 416 890 8560*

**Pro Se**

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE DIGITAL MILLENNIUM COPYRIGHT ACT SECTION 512(h) SUBPOENA TO GOOGLE LLC / YOUTUBE | Case No.:  4:25-cv-03224<br><br>DECLARATION OF ABDUSSELAM BEZIRGAN IN SUPPORT OF DMCA SUBPOENA REQUEST |

I, Abdusselam Bezirgan, declare under penalty of perjury:

1.  I am the Plaintiff in this matter and I am proceeding pro se. I am the sole owner of the copyrighted audiovisual work published on my YouTube channel, *Media Bezirgan*.

2.  I identified unauthorized reproduction of my copyrighted video—recorded and published on March 6, 2025—by the YouTube channel Navbharat Times, operated by Times Internet Limited. The infringing video copied screenshots and video frames from my original footage without permission.

3.  I submitted valid DMCA takedown notices to YouTube, operated by Google LLC, in compliance with 17 U.S.C. § 512(c)(3)(A), requesting removal of the infringing content. A copy of the notice(s) is attached as **Exhibit 1**.

**1**

DECLARATION OF ABDUSSELAM BEZIRGAN

4. This subpoena request is made pursuant to 17 U.S.C. § 512(h), and is being sought solely for the purpose of enforcing my rights under the Copyright Act, Title 17 of the United States Code.

5. Identifying the correct YouTube account holder and account identifiers, is critical to avoid enforcement errors and ensure that the responsible party is properly held accountable.

6. I respectfully request that the Clerk of this Court issue the subpoena to Google LLC to disclose identifying information, including user identity and account details, for the upload of the infringing Navbharat Times video referenced in this action.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on: February 18, 2026

Location: Alberta, Canada

By: /s/ Abdusselam Bezirgan

Pro Se Plaintiff

**2**

DECLARATION OF ABDUSSELAM BEZIRGAN