*Name:* **Abdusselam Bezirgan**

*Address:* **2512 – 510 12 Ave SW Calgary, Alberta, Canada. T2R 0X5**

*Phone:* **416 890 8560**

**Pro Se**

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ABDUSSELAM BEZIRGAN**<br><br>Plaintiff,<br><br><br>v.<br>**TIMES INTERNET LIMITED,** a business entity managing the YouTube channel **NAVBHARAT TIMES and DOES 1-10,** **Inclusive**<br><br><br>Defendants. | **Case No.:** 4:25-cv-03224 |

**PLAINTIFF'S STATEMENT RE STATUS OF SERVICE AND CASE POSTURE**

Plaintiff Abdusselam Bezirgan, proceeding pro se, respectfully submits this Statement in response to the Court's December 9, 2025 Order Continuing Compliance Hearing, which required Plaintiff to file a statement by no later than Friday, March 6, 2026, and in advance of the Compliance Hearing scheduled for Friday, March 13, 2026 at 9:01 a.m.

## I. CURRENT STATUS OF SERVICE

1. Service upon Defendant Times Internet Limited, a foreign corporate entity located in Noida, Uttar Pradesh, India, is being pursued under the Hague Convention on the Service Abroad of

1

PLAINTIFF'S STATEMENT RE STATUS OF SERVICE AND CASE POSTURE

Judicial and Extrajudicial Documents. On May 20, 2025, Plaintiff transmitted the service packet—comprising the USM-94 form, Summons, and Complaint—to the Central Authority of India (Ministry of Law and Justice, Department of Legal Affairs) via DHL Express (Waybill No. 3623417604). The shipment was confirmed delivered to the Central Authority in New Delhi on May 26, 2025.

2. Plaintiff has made diligent efforts to obtain the status of the service request. On October 21, 2025, Plaintiff sent written inquiries to the Central Authority requesting confirmation of receipt, the internal reference number, and the current status of the request. Plaintiff sent a follow-up inquiry on November 14, 2025. As of the date of this filing, Plaintiff has not received a response from the Central Authority of India confirming whether service has been effected upon the Defendant or whether a Hague Certificate of Service has been issued.

**II. DMCA SUBPOENA TO IDENTIFY DEFENDANT'S RESPONSIBLE AGENTS**

3. In parallel with the Hague Convention service efforts, Plaintiff obtained a subpoena (4:25-cv-03224-YGR) pursuant to 17 U.S.C. § 512(h) directed to Google LLC (d/b/a YouTube) for the purpose of identifying the subscriber information associated with the Navbharat Times YouTube channel (Channel ID: UCl8wUKzoUVzg7U6ky1ZR8hQ), which is the digital media channel alleged to have committed the acts of copyright infringement at issue in this action **(Exhibit A)**. The Clerk of this Court issued the subpoena on March 2, 2026 (Dkt. No. 14).

4. The subpoena was served upon Google LLC on March 4, 2026 at 1:00 PM at the office of its registered agent, Corporation Service Company, 2710 Gateway Oaks Drive, Suite 150N, Sacramento, California 95833, by One Hour Process Service **(Exhibit B)**. The production deadline under the subpoena runs through March 30, 2026. As of the date of this filing,

PLAINTIFF'S STATEMENT RE STATUS OF SERVICE AND CASE POSTURE

Plaintiff is awaiting Google LLC's production of the requested subscriber information, which is expected to yield identifying details for the individuals or employees of Times Internet Limited responsible for the infringing content. Plaintiff will promptly update the Court upon receipt of that production.

### III. DEFENDANT PARTICIPATION

5. No counsel or representative has appeared on behalf of Defendant in this action. Defendant has not filed any responsive pleading, motion, or other document with this Court. Because service remains pending and Defendant has not appeared, no Rule 26(f) conference has been conducted.

### IV. REASONS FOR DELAY IN SERVICE

6. The delay in completing service is attributable to the inherent complexities and timelines associated with international service under the Hague Convention. Service upon a corporate entity in India requires processing by the Central Authority, which involves translation, forwarding to local judicial authorities, and execution of service in accordance with Indian procedural requirements. Plaintiff has no control over the pace of processing by the foreign Central Authority but has remained diligent in seeking status updates.

### V. PLAINTIFF'S INTENT TO PROSECUTE

7. Plaintiff remains committed to prosecuting this action and intends to see the case through to resolution. Plaintiff will continue to pursue service through the Hague Convention process and will promptly file proof of service once the Hague Certificate is received. Should the Hague Convention process continue to yield no response from the Central Authority of India, Plaintiff intends to file a Motion for Court-Ordered Alternative Service pursuant to Federal Rule of Civil Procedure 4(f)(3), seeking leave to serve Defendant Times Internet Limited by

3

alternative means, including but not limited to service by electronic mail and service upon Defendant's publicly registered address, as authorized by this Court. Should Defendant fail to respond after proper service is completed, Plaintiff will seek entry of default in accordance with the Federal Rules of Civil Procedure.

### VI. REQUEST

8. Plaintiff respectfully requests that the Court take notice of the current posture of this case and, given the pending status of international service, continue the Compliance Hearing to a date that will allow sufficient time for service to be completed and for Defendant to appear. Plaintiff further requests that the Court permit additional time to complete service in light of the circumstances inherent in Hague Convention service upon a foreign corporate defendant.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

**Dated**: March 6, 2026                    By: _Abdusselam Bezirgan_____

*Pro Se Plaintiff*

4

PLAINTIFF'S STATEMENT RE STATUS OF SERVICE AND CASE POSTURE

# EXHIBIT A

PLAINTIFF'S STATEMENT RE STATUS OF SERVICE AND CASE POSTURE

AO 88B (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

# UNITED STATES DISTRICT COURT
### for the

Northern District of California

| | |
|---|---|
| IN RE DIGITAL MILLENNIUM COPYRIGHT ACT SECTION 512(h) SUBPOENA TO GOOGLE LLC / YOUTUBE _____ *Plaintiff* | ) ) ) |
| v. | ) Civil Action No. 4:25-cv-03224-YGR |
| _____ *Defendant* | ) ) ) ) |

## SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS
## OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION

To:      Google LLC, Address: Corporation Service Company, 2710 Gateway Oaks Drive, Suite 150N,  Sacramento, CA 95833

*(Name of person to whom this subpoena is directed)*

☑ *Production:* **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and to permit inspection, copying, testing, or sampling of the material:   **See Attachment A**

| Place:   Address: 2512 – 510 12 Ave SW Calgary, Alberta, Canada. T2R 0X5 Email: abdusselambezirgan@gmail.com | Date and Time: March 30, 2026 at 11:59 PM (Pacific Time) |
|---|---|

❏ *Inspection of Premises:* **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
|---|---|

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date:   03/02/2026

*Mark B. Busby*
*CLERK OF COURT*

*Felicia Brown*                    OR
Felicia  Brown

_____          _____
*Signature of Clerk or Deputy Clerk*          *Attorney's signature*

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)* _____ , who issues or requests this subpoena, are:

**The Plaintiff Pro se, Address: 2512 – 510 12 Ave SW Calgary, Alberta, Canada. T2R 0X5 Email: abdusselambezirgan@gmail.com, Ph. No.  416 890 8560**

**Notice to the person who issues or requests this subpoena**

If this subpoena commands the production of documents, electronically stored information, or tangible things or the inspection of premises before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

AO 88B (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

I received this subpoena for *(name of individual and title, if any)* _____

on *(date)* _____ .

❒ I served the subpoena by delivering a copy to the named person as follows: _____

_____ on *(date)* _____ ; or

❒ I returned the subpoena unexecuted because: _____

_____ .

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ ___0___ .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc.:

Print      Save As...      Add Attachment                Reset

AO 88B  (Rev.  02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action(Page 3)

## Federal Rule of Civil Procedure 45 (c), (d), (e), and (g) (Effective 12/1/13)

**(c) Place of Compliance.**

  **(1)** *For a Trial, Hearing, or Deposition.* A subpoena may command a person to attend a trial, hearing, or deposition only as follows:
   **(A)** within 100 miles of where the person resides, is employed, or regularly transacts business in person; or
   **(B)** within the state where the person resides, is employed, or regularly transacts business in person, if the person
     **(i)** is a party or a party's officer; or
     **(ii)** is commanded to attend a trial and would not incur substantial expense.

  **(2)** *For Other Discovery.* A subpoena may command:
   **(A)** production of documents, electronically stored information, or tangible things at a place within 100 miles of where the person resides, is employed, or regularly transacts business in person; and
   **(B)** inspection of premises at the premises to be inspected.

**(d) Protecting a Person Subject to a Subpoena; Enforcement.**

  **(1)** *Avoiding Undue Burden or Expense; Sanctions.* A party or attorney responsible for issuing and serving a subpoena must take reasonable steps to avoid imposing undue burden or expense on a person subject to the subpoena. The court for the district where compliance is required must enforce this duty and impose an appropriate sanction—which may include lost earnings and reasonable attorney's fees—on a party or attorney who fails to comply.

  **(2)** *Command to Produce Materials or Permit Inspection.*
   **(A)** *Appearance Not Required.* A person commanded to produce documents, electronically stored information, or tangible things, or to permit the inspection of premises, need not appear in person at the place of production or inspection unless also commanded to appear for a deposition, hearing, or trial.
   **(B)** *Objections.* A person commanded to produce documents or tangible things or to permit inspection may serve on the party or attorney designated in the subpoena a written objection to inspecting, copying, testing, or sampling any or all of the materials or to inspecting the premises—or to producing electronically stored information in the form or forms requested. The objection must be served before the earlier of the time specified for compliance or 14 days after the subpoena is served. If an objection is made, the following rules apply:
     **(i)** At any time, on notice to the commanded person, the serving party may move the court for the district where compliance is required for an order compelling production or inspection.
     **(ii)** These acts may be required only as directed in the order, and the order must protect a person who is neither a party nor a party's officer from significant expense resulting from compliance.

  **(3)** *Quashing or Modifying a Subpoena.*
   **(A)** *When Required.* On timely motion, the court for the district where compliance is required must quash or modify a subpoena that:
     **(i)** fails to allow a reasonable time to comply;
     **(ii)** requires a person to comply beyond the geographical limits specified in Rule 45(c);
     **(iii)** requires disclosure of privileged or other protected matter, if no exception or waiver applies; or
     **(iv)** subjects a person to undue burden.
   **(B)** *When Permitted.* To protect a person subject to or affected by a subpoena, the court for the district where compliance is required may, on motion, quash or modify the subpoena if it requires:
     **(i)** disclosing a trade secret or other confidential research, development, or commercial information; or

     **(ii)** disclosing an unretained expert's opinion or information that does not describe specific occurrences in dispute and results from the expert's study that was not requested by a party.
   **(C)** *Specifying Conditions as an Alternative.* In the circumstances described in Rule 45(d)(3)(B), the court may, instead of quashing or modifying a subpoena, order appearance or production under specified conditions if the serving party:
     **(i)** shows a substantial need for the testimony or material that cannot be otherwise met without undue hardship; and
     **(ii)** ensures that the subpoenaed person will be reasonably compensated.

**(e) Duties in Responding to a Subpoena.**

  **(1)** *Producing Documents or Electronically Stored Information.* These procedures apply to producing documents or electronically stored information:
   **(A)** *Documents.* A person responding to a subpoena to produce documents must produce them as they are kept in the ordinary course of business or must organize and label them to correspond to the categories in the demand.
   **(B)** *Form for Producing Electronically Stored Information Not Specified.* If a subpoena does not specify a form for producing electronically stored information, the person responding must produce it in a form or forms in which it is ordinarily maintained or in a reasonably usable form or forms.
   **(C)** *Electronically Stored Information Produced in Only One Form.* The person responding need not produce the same electronically stored information in more than one form.
   **(D)** *Inaccessible Electronically Stored Information.* The person responding need not provide discovery of electronically stored information from sources that the person identifies as not reasonably accessible because of undue burden or cost. On motion to compel discovery or for a protective order, the person responding must show that the information is not reasonably accessible because of undue burden or cost. If that showing is made, the court may nonetheless order discovery from such sources if the requesting party shows good cause, considering the limitations of Rule 26(b)(2)(C). The court may specify conditions for the discovery.

  **(2)** *Claiming Privilege or Protection.*
   **(A)** *Information Withheld.* A person withholding subpoenaed information under a claim that it is privileged or subject to protection as trial-preparation material must:
     **(i)** expressly make the claim; and
     **(ii)** describe the nature of the withheld documents, communications, or tangible things in a manner that, without revealing information itself privileged or protected, will enable the parties to assess the claim.
   **(B)** *Information Produced.* If information produced in response to a subpoena is subject to a claim of privilege or of protection as trial-preparation material, the person making the claim may notify any party that received the information of the claim and the basis for it. After being notified, a party must promptly return, sequester, or destroy the specified information and any copies it has; must not use or disclose the information until the claim is resolved; must take reasonable steps to retrieve the information if the party disclosed it before being notified; and may promptly present the information under seal to the court for the district where compliance is required for a determination of the claim. The person who produced the information must preserve the information until the claim is resolved.

**(g) Contempt.**
The court for the district where compliance is required—and also, after a motion is transferred, the issuing court—may hold in contempt a person who, having been served, fails without adequate excuse to obey the subpoena or an order related to it.

For access to subpoena materials, see Fed. R. Civ. P. 45(a) Committee Note (2013).

**ATTACHMENT A**

**SCHEDULE OF DOCUMENTS TO BE PRODUCED**

DOCUMENT REQUESTS

Pursuant to 17 U.S.C. § 512(h), the subpoena commands production of all documents and information sufficient to identify the user(s) responsible for operating the YouTube channels listed below, which are alleged to have infringed copyrighted works owned by **Abdusselam Bezirgan**.

The requested identifying information includes, but is not limited to, the following:

a) Full legal name(s) associated with the Google/YouTube account(s)

b) Physical mailing address(es) linked to the account(s)

c) Telephone number(s) linked to the account(s)

d) Email address(es) associated with the account(s)

**USER ACCOUNTS FROM DMCA NOTICE**

1. **Navbharat Times**

- **Channel ID**: UCl8wUKzoUVzg7U6ky1ZR8hQ

- **URL**: www.youtube.com/@navbharattimes

1

# EXHIBIT B

PLAINTIFF'S STATEMENT RE STATUS OF SERVICE AND CASE POSTURE



2920 CAMINO DIABLO, 100, WALNUT CREEK, CA 94597
Phone: (925) 947-3470   Fax: (925) 947-3480
www.onehour.net

**PROCESS SERVICE DETAILS**

TAX ID 94-3282325

| ACCOUNT NO: | INVOICE DATE: | WORK ORDER NO: |
|---|---|---|
| **BEZIA** | **3/6/2026** | **48447-840925** |

# NOT AN INVOICE
# DO NOT PAY

**Bill To:**

**ABDUSSELAM BEZIRGAN**
**2512 - 510 12 AVE SW**
**CALGARY, ALBERTA, CANADA T2R 0X5,**
**Ordered By: ABDUSSELAM BEZIRGAN**

File No:
Case No:  **4:25-cv-03224-YGR**
Plaintiff:  **IN RE DIGITAL MILLENNIUM COPYRIGHT ACT SECTIO**
Defendant:

| DESCRIPTION OF SERVICES RENDERED | QUANTITY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| **Process Service-Out of County** | | | **110.00** |
| **Do Today** | | | **50.00** |
| **Copies** | | | **1.00** |

**SUMMARY**
**Court:  UNITED STATES DISTRICT COURT**
**Servee: GOOGLE LLC**
**Address: 2710 Gateway Oaks Dr Ste 150N, #  Sacramento, CA 95833-3502**
**Documents: SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION; ATTACHMENT A**
**Result: Personally Served**

**Completed on 3/4/2026 at 1:00 PM**

| | |
|---|---|
| **TOTAL DUE** | **$ 161.00** |

Thank you for choosing ONE HOUR PROCESS SERVICE!

This is provided only as a summary of charges - not for payment. You will receive a separate invoice from One Hour Process Service to pay for this service



| ACCOUNT NO: | INVOICE DATE: | WORK ORDER NO: |
|---|---|---|
| **BEZIA** | **3/6/2026** | **48447-840925** |

**TOTAL DUE:**          **$  161.00**

** 840925 **

Order#:48447/INVOICEP

ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)*    FOR COURT USE ONLY

ABDUSSELAM BEZIRGAN
2512 - 510 12 AVE SW   CALGARY, ALBERTA, CANADA T2R 0X5,

TELEPHONE NO.: (415) 890-8560 | FAX NO.  | E-MAIL ADDRESS *(Optional):*
ATTORNEY FOR *(Name):* IN PRO PER:

**UNITED STATES DISTRICT COURT**

STREET ADDRESS: 450 GOLDEN GATE AVENUE, BOX 36060

MAILING ADDRESS:

CITY AND ZIP CODE: SAN FRANCISCO, CA 94102

BRANCH NAME: FOR THE NORTHERN DISTRICT OF CALIFORNIA

| PLAINTIFF: IN RE DIGITAL MILLENNIUM COPYRIGHT ACT SECTION 515(h) SUBPOENA TO GOOGLE LLC / YOUTUBE<br><br>DEFENDANT: | CASE NUMBER:<br>4:25-cv-03224-YGR |
|---|---|
| **PROOF OF SERVICE**        Hearing Date:  Time: | Ref. No. or File No.: |

AT THE TIME OF SERVICE I WAS AT LEAST 18 YEARS OF AGE AND NOT A PARTY TO THIS ACTION
**I SERVED COPIES** OF THE FOLLOWING DOCUMENTS:

**SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION; ATTACHMENT A**

PARTY SERVED:    **GOOGLE LLC**

PERSON SERVED:    **JOSH SWINDELL - INTAKE COORDINATOR - AUTHORIZED TO ACCEPT**

DATE & TIME OF DELIVERY:    **3/4/2026
1:00 PM**

ADDRESS, CITY, AND STATE:    **2710 Gateway Oaks Dr Ste 150N
Sacramento, CA 958333502**

MANNER OF SERVICE:
  Personal Service - By personally delivering copies.



Fee for Service: $ 161.00
  County:  PLACER
  Registration No.:  03-007
  ONE HOUR PROCESS SERVICE
  2920 CAMINO DIABLO
  WALNUT CREEK, CA 94597
  (925) 947-3470

I declare under penalty of perjury under the laws of the The State of California that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on  March 4, 2026.

Signature: _____

ROBERT MASON

**PROOF OF SERVICE**

982(a)(23)[New July 1, 1987]

** 840925 **

Order#: 48447/General

**2512 - 510 12 AVE SW   CALGARY, ALBERTA, CANADA T2R 0X5,**
CASE NUMBER: **4:25-cv-03224-YGR**

**IN RE DIGITAL MILLENNIUM COPYRIGHT ACT SECTION 515(h) SUBPOENA TO GOOGLE LLC / YOUTUBE**

vs.

**SUMMARY OF SERVICE**

**JOB COMPLETE # 48447**

**ROBERT MASON**
**County: PLACER  Reg: 03-007**
**3/4/2026  1:00 PM**

**SUMMARY OF SERVICE**

**Reference No.:**

DOCUMENTS SERVED: SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION; ATTACHMENT A

PARTY SERVED:     GOOGLE LLC

DATE & TIME OF SERVICE:   3/4/2026
                          1:00 PM

ADDRESS, CITY, AND STATE:   2710 Gateway Oaks Dr Ste 150N
                            Sacramento, CA 958333502

MANNER OF SERVICE:
   Personal Service - By personally delivering copies to GOOGLE LLC.
   JOSH SWINDELL - INTAKE COORDINATOR - AUTHORIZED TO ACCEPT

---

**SERVICE OF PROCESS | SKIP TRACING | COURT FILINGS | RECORDS RETRIEVAL**
**www.onehour.net**

---

**NOT A PROOF OF SERVICE | SUMMARY OF SERVICE | NOT A PROOF OF SERVICE**

Did you know you can check status, place orders, and look up costs online?
Visit our secure website at www.onehour.net

---

# SUMMARY OF SERVICE

---

**OFFICIAL AFFIDAVIT OF SERVICE/NON-SERVICE WILL FOLLOW VIA EMAIL**

Summary/48447