United States District Court
Northern District of California

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **ABDUSSELAM HUZEYFE BEZIRGAN,**<br>Plaintiff,<br>v.<br>**TIMES INTERNET LIMITED,**<br>Defendant. | **Case No.: 4:25-cv-03224-YGR**<br>**ORDER SETTING COMPLIANCE DEADLINE;**<br>**REFERRING MOTION FOR DEFAULT JUDGMENT TO MAGISTRATE JUDGE UPON RECEIPT**<br>Re: Dkt. No. 28 |

On August 14, 2026, the Clerk entered default against the defendant in this case. (Dkt. No. 28.) In light thereof, plaintiff shall file a motion for default judgment by Friday, **September 4, 2026**. The Court sets a compliance deadline for Friday, **September 11, 2026**, on the Court's 9:01 a.m. calendar. Plaintiff shall provide the filing seven (7) days prior to the date of the compliance deadline or a statement explaining the failure to comply. If compliance is complete, the compliance deadline will be taken off calendar. Failure to timely file the requisite information may result in sanctions.

Pursuant to Local Rule 72-1, the anticipated motion for default judgment is hereby **REFERRED** to a magistrate judge for report and recommendation upon receipt.

**IT IS SO ORDERED.**

Dated: August 18, 2026

YVONNE GONZALEZ ROGERS
CHIEF UNITED STATES DISTRICT JUDGE