**Abdusselam Bezirgan**
2512–510 12 Avenue SW
Calgary, Alberta T2R 0X5, Canada
(416) 890-8560
**Pro Se Plaintiff**

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

**ABDUSSELAM BEZIRGAN,**

Plaintiff,

v.

**TIMES INTERNET LIMITED, a business entity operating under the alias NAVBHARAT TIMES, and DOES 1–10, inclusive,**

Defendants.

**Case No.: 4:25-cv-03224-YGR**

**DECLARATION OF ABDUSSELAM HUZEYFE BEZIRGAN IN SUPPORT OF PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT AGAINST DEFENDANT TIMES INTERNET LIMITED alias NAVBHARAT TIMES:**

I, **Abdusselam Huzeyfe Bezirgan**, declare and state as follows:

1. I am the Plaintiff in this action. I am an independent journalist and videographer who creates, films, edits, and publishes original audiovisual content through my Media Bezirgan YouTube channel.
2. I create and publish original audiovisual works concerning current events and newsworthy events. My original works are valuable creative and commercial assets that

derive value from public viewership, audience engagement, online distribution, and the ability to control and commercially exploit the works.

3. I am personally familiar with the creation, publication, ownership, registration, and enforcement history of the copyrighted work at issue in this action.

4. The copyrighted work at issue is my original audiovisual recording concerning a political protest during Indian External Affairs Minister S. Jaishankar's visit to London. I created and published the work through my Media Bezirgan YouTube channel on March 5, 2025.

5. The work titled 'BREAKING: U.K. Khalistanis Chant in Support of Justin Trudeau, Block Indian Minister's Car in London' was registered with the United States Copyright Office under Registration No. PA0002522468 on March 28, 2025. A true and correct copy of the registration certificate is attached to the Complaint as Exhibit D.

6. My copyrighted video contains identifying copyright management information, including my MEDIA BEZIRGAN watermark and copyright notice identifying the source and ownership of the material.

7. I am familiar with the manner in which my original audiovisual works are published online and with the harm caused when third parties copy, alter, redistribute, and commercially exploit those works without authorization.

8. Unauthorized copying interferes with my ability to control the distribution and exploitation of my original work, including its audience, attribution, licensing, and monetization.

9. Defendant Times Internet Limited operates the digital news platform Navbharat Times and publishes audiovisual material through online platforms, including YouTube.

10. Defendant had access to my publicly available copyrighted work through my Media Bezirgan YouTube channel. The availability of a video online did not give Defendant permission to copy, reproduce, distribute, publicly display, or monetize my work.
11. Based upon my review of the material published by Defendant, Defendant used portions of my copyrighted audiovisual work without my authorization.
12. Defendant's publication included a still frame taken from my copyrighted footage and used as a thumbnail, as well as screenshots and video frames taken from my original work.
13. I reviewed the infringing material and determined that Defendant reproduced and publicly displayed portions of my copyrighted audiovisual work without permission.
14. Defendant's use was not authorized by me, and I did not grant Defendant a license to copy, reproduce, distribute, publicly display, modify, or otherwise exploit my copyrighted work.
15. Defendant used the copied material in connection with its own online publication.

**COPYRIGHT INFRINGEMENT**

16. I am the owner of the copyrighted audiovisual work at issue in this action and have the right to enforce my copyright against unauthorized uses of the work.
17. The copyrighted work was registered with the United States Copyright Office under Registration No. PA0002522468.
18. Based upon my review of Defendant's publication, Defendant copied, reproduced, publicly displayed, and exploited portions of my copyrighted work without authorization.

19. The infringing uses identified in the Complaint include the use of a still frame from my work as a thumbnail and the incorporation of multiple frames and portions of my original footage into Defendant's publication.

20. Defendant never sought or received permission from me to use the copyrighted material.

**CMI VIOLATIONS**

21. I am personally familiar with the copyright management information appearing in my audiovisual works, including my MEDIA BEZIRGAN branding, watermark, and copyright notice.

22. I reviewed Defendant's use of my copyrighted material and determined that my identifying watermark and copyright information were removed, obscured, or otherwise altered in connection with the infringing use.

23. The removal or obscuring of my watermark interfered with the identification of the original source and ownership of the copyrighted material.

24. In comparing my original work with Defendant's publication, I observed that my watermark and copyright information were removed, obscured, or otherwise altered in connection with Defendant's use of my footage.

25. My copyrighted work was infringed through Defendant's unauthorized use of the footage on Defendant's YouTube channel and its publication of the same infringing footage in a Navbharat Times website article. Notwithstanding YouTube's removal of the infringing video from its platform following my takedown notice, the infringing material remains publicly accessible and monetized on Defendant's own website, and continues to generate traffic and advertising revenue for Defendant based on the misappropriated content.

## BAD FAITH DMCA COUNTER-NOTIFICATION

26. On March 8, 2025, I submitted a copyright takedown notice to YouTube identifying the Navbharat Times video that used portions of my copyrighted footage.

27. On March 20, 2025, YouTube notified me that the identified video had been removed from YouTube.

28. On March 27, 2025, I received a DMCA counter-notification submitted by Defendant concerning the Navbharat Times YouTube channel.

29. In that counter-notification, Defendant stated that its video contained images sourced from ANI under license

30. I did not grant Defendant any license or authorization to use my copyrighted footage. Based on my knowledge of the original footage and my review of Defendant's use of it, I dispute Defendant's assertion that it possessed authorization to use my material.

31. On March 28, 2025, Defendant's legal team responded to my correspondence and, for the first time, asserted that its use of my footage, though still denied, would in any event constitute fair use. Defendant's counter-notification submitted the day before never raised fair use, it flatly denied using my footage at all. A true and correct copy of this March 28, 2025 email is attached hereto as **Exhibit E**.

32. In that same email, Defendant included a collage of images described as 'illustrative third-party usages' to argue my footage was already public domain. Having filmed and edited my own footage, I recognize several of those images as frames taken from my own copyrighted video, not from any independent source. Regardless, even genuinely independent footage filmed by others at the same public event would not diminish my copyright in my own original recording.

33. Following Defendant's counter-notification, which was limited to the single video located at http://www.youtube.com/watch?v=2KZ7LHi0cc8, and after expiration of the ten-business-day period prescribed by 17 U.S.C. § 512(g)(2)(C), YouTube reinstated that video to its platform. YouTube notified me by email that it had 'received a counter notification in response to a copyright removal request that you submitted' and that, 'following 10 US business days, we've reinstated these videos to YouTube,' identifying the video at issue. A true and correct copy of that notification is attached as Exhibit F. Defendant subsequently set that same video to private status, rendering it inaccessible to the public, as reflected in a screenshot I retained showing the video's private designation, attached as Exhibit G.

34. The counter-notification required me to spend additional time reviewing Defendant's assertions, protecting my copyright, and continuing legal enforcement efforts.

**HARM AND ENFORCEMENT**

35. Defendant's unauthorized use of my copyrighted work interfered with my ability to control the distribution and exploitation of my original content.

36. Unauthorized copying and redistribution can divert viewers from authorized versions, diminish the exclusivity of original footage, interfere with licensing and monetization opportunities, and make effective enforcement more difficult.

37. Defendant's removal or obscuring of my watermark also deprived me of attribution associated with my original work and made it more difficult for viewers to identify the source of the footage.

38. I have spent substantial time and effort identifying the unauthorized use, submitting copyright complaints, reviewing Defendant's response, pursuing identification and service, and prosecuting this action.

39. Because Defendant has not appeared or participated in this action, Defendant has not produced any documents or information concerning the number of views, revenues, profits, advertising income, licensing income, expenses, or monetization associated with its use of my copyrighted work. As a result, I do not have access to the financial information necessary to calculate Defendant's profits or my actual damages from the infringement.

**ABSENCE OF AUTHORIZATION AND DEFAULT**

40. Defendant never sought a license from me and never received authorization from me to copy, reproduce, publicly display, distribute, modify, or exploit my copyrighted work.

41. I commenced this action on April 10, 2025. See ECF No. 1.

42. On July 6, 2026, the Court granted my motion for alternative service and authorized service upon Defendant by email. See ECF No. 23.

43. Pursuant to the Court's Order, Defendant was served on July 7, 2026. The Court's docket reflects that Defendant's answer was due July 28, 2026. Defendant did not answer, appear, or otherwise defend this action.

44. On August 5, 2026, I requested entry of default against Defendant. See ECF No. 27. On August 14, 2026, the Clerk entered default against Defendant pursuant to Federal Rule of Civil Procedure 55(a). See ECF No. 28.

45. Defendant has not appeared to defend this action despite being served pursuant to the Court's Order and failing to respond by the deadline reflected on the docket.

46. Based on the foregoing, I seek statutory damages for Defendant's willful infringement, statutory damages for the alleged copyright management information violations, damages to the extent available for the alleged materially false DMCA counter-notification, permanent injunctive relief, recoverable costs, and post-judgment interest.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed in Istanbul, Turkey, this 3rd day of September, 2026

Respectfully submitted,

By: /s/ Abdusselam Bezirgan

Abdusselam Bezirgan
Pro Se Plaintiff

**Disclosure**: The language of this Declaration was organized with the assistance of a generative artificial intelligence drafting tool. The facts and personal knowledge attested to herein are Plaintiff's own.

# EXHIBIT E

March 28, 2025 email from Times Internet Limited alias Navbharat Times

Gmail — Abdusselam Bezirgan <abdusselambezirgan@gmail.com>

## Unauthorized Use of Copyrighted Footage – Final Opportunity to Settle

<legal@timesinternet.in> Fri, Mar 28, 2025 at 3:21 PM
To: <abdusselambezirgan@gmail.com>

Without Prejudice

Dear Sir(s),

We, Times Internet Limited ("TIL") are in receipt of your trailing mail.

At the outset, the contents and allegations of your email are hereby strictly denied unless specifically admitted and the same is not being traversed individually for the sake of brevity. It is specifically denied that the Navbharat Times YouTube video in issue against which you have filed copyright violation notification/copyright strike has used your alleged copyrighted work in any manner whatsoever.

Please note that the video footage and related news for which you are claiming copyright is in public domain and has been widely published and reported by various third parties on social media and other digital platforms. Illustrative third-party usages are depicted hereinbelow for your ready reference:



We are retaining one copy of the reply.

**Kind Regards**

**Legal Team**

**TIMES INTERNET LIMITED**

[Quoted text hidden]

"Prose is architecture, not interior decoration." - Ernest Hemingway

---

VCO Inspiration

"Prose is architecture, not interior decoration." - Ernest Hemingway

---

VCO Inspiration
Screenshot 2025-03-27 132634.png, IMG_3499.jpeg




Given the extensive third party publications where many of such content has been published on the same day as published by you i.e., March 06, 2025, no exclusivity can be claimed in the same**. In case you assert and claim any exclusivity, we would request you to provide us with the proof of such copyright claim.**

Further, even if there is use of a single footage of your alleged content in the thumbnail, though denied, such use amounts to fair use as said use is in the course of reporting of news/current events.

Please note that the freedom of making a report regarding affairs which are in the public domain is a right which flows from freedom of speech. Thus, any threat for legal action qua a news report which has been published in good faith is not only unhealthy for a democratic setup but is also an attempt to shut up, stifle and curtail the freedom of expression which is prejudicial to the functioning of media and press.

We sincerely believe that on receipt of this reply, your concern stands addressed and your letter is deemed withdrawn.

We reserve our right to send a detailed reply in case the need arises, or we are advised to do so. This reply is being sent without prejudice to our rights and contentions and nothing contained in this reply shall be deemed as admission of any fact or a waiver of any of rights or remedies in connection with the matter, whether at law or in equity, all of which rights and remedies are hereby expressly reserved.

← **Post**

**Smita Deshmukh**
@smitadeshmukh

Hey @Keir_Starmer - this is the security you provided to @DrSJaishankar in #London.
Even @UKinIndia has better security than this. Shameful.




9:25 AM · Mar 6, 2025 · **4,501** Views

25 63 230 6

# Exhibit F

reinstatement email

Gmail

**Abdusselam Bezirgan <abdusselambezirgan@gmail.com>**

---

**Re: [SLT4CGZSZ7ATOG6SXDOJ6HRIFE] New Copyright Counter-Notification**
2 messages

---

**YouTube Copyright** <youtube-disputes+190li7qgy3wia0h@google.com> Sat, Apr 12, 2025 at 12:53 AM
Reply-To: YouTube Copyright <youtube-disputes+190li7qgy3wia0h@google.com>
To: <abdusselambezirgan@gmail.com>

YouTube

We received a counter notification in response to a copyright removal request that you submitted. Following 10 US business days, we've reinstated these videos to YouTube:

- http://www.youtube.com/watch?v=2KZ7LHi0cc8

You can learn more about your options for responding to a counter notification in our Help Center. You may also choose to pursue the matter directly with the uploader.

- The YouTube Team

Help Center • Email Options

You received this email to provide information and updates around your YouTube channel or account.

YouTube

© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066

On Apr 11, 2025 YouTube Copyright

> Hello,
>
> The evidence of court action that you have provided is insufficient to prevent the content from being reinstated to YouTube.
>
> Usually, such evidence would include a court-stamped copy of the full lawsuit against the uploader that names the YouTube URL(s) at issue. It should be an action that seeks a court order to restrain the alleged infringement and not just a claim for damages.
>
> Lawsuits should be filed in courts that have the jurisdiction to review copyright cases. For lawsuits filed in the United States, we only accept filings in US federal courts or the Copyright Claims Board.
>
> When you have the required evidence in an acceptable format, **reply to this email with a copy of the evidence as an attachment**. Do not send your reply to copyright@youtube.com. If evidence is not provided, the content at issue may be reinstated to YouTube.You can find more information about the legal action you must take and what evidence is required in our Help Center.
>
> Please understand that YouTube receives many fraudulent copyright takedown requests, and we take abuse of our copyright takedown process very seriously (see YouTube, LLC v. Brady (D. Neb. 8:19-cv-00353)). Submission of fraudulent documents or abuse of the copyright takedown process may result in termination of your account.
>
> Sincerely,
> The YouTube Team
>
> On April 11, 2025 abdusselambezirgan@gmail.com wrote:
>
>> Dear YouTube Copyright Team,
>>
>> As required under YouTube's DMCA policy, please find attached the full copy of my stamped court filing, **confirming that I have officially initiated a lawsuit regarding the disputed material.**
>>
>> This filing satisfies the legal requirement to keep the content disabled under YouTube's counter-notification policy.
>>
>> The video of the infringer must not be instated until this matter is resolved by the court.
>>
>> Please let me know if you require any additional documentation.
>>
>> Thank you for your attention to this matter.
>>
>> Sincerely,
>>
>> Abdusselam Bezirgan

(Media Bezirgan)

On Thu, Apr 10, 2025 at 1:06 PM Abdusselam Bezirgan <abdusselambezirgan@gmail.com> wrote:

Dear YouTube Copyright Team,

This is to inform you that the legal filing regarding the disputed content is in progress.

**A stamped copy of the filed lawsuit will be shared with you within the next hour or so.**

Thank you for your attention to this matter.

Sincerely,

Abdusselam Bezirgan

On Thu, Mar 27, 2025 at 1:09 PM YouTube Copyright <youtube-disputes+190li7qgy3wia0h@google.com> wrote:

YouTube

We received a counter notification (below) in response to a copyright removal request that you submitted. A counter notification is a legal request for YouTube to reinstate a video that was removed due to a copyright removal request.

You have **10 US business days** to reply to this counter notification. Your response **must include evidence that you've taken legal action against the uploader** to keep the content from being reinstated to YouTube. Usually, evidence would include a lawsuit against the uploader, which names the YouTube URL(s) at issue and seeks a court order to restrain the alleged infringement.

**Evidence should be submitted by replying directly to this email**. Do not send your reply to copyright@youtube.com.

After 10 US business days, if we don't get a response from you, the content at issue may be reinstated to YouTube. You can find more information about the legal action you must take and what evidence is acceptable in our Help Center.

- The YouTube Team

Counter Notification as follows:

Videos included in counter notification:

- http://www.youtube.com/watch?v=2KZ7LHi0cc8

Display name of uploader: Navbharat Times नवभारत टाइम्स

Dear YouTube Support Team, We, Times Internet Limited, owner of the YouTube channel, Navbharat Times नवभारत टाइम्स, https://www.youtube.com/@navbharattimes are filing this counter strike to seek retraction of a copyright strike issued by Media Bezirgan channel against the video titled, Khalistani Attack on S Jaishankar: London में विदेश मंत्री पर हमला , (URL: https://youtu.be/2KZ7LHi0cc8)as the strike is prima facie unjustified and not maintainable. The YouTube video in issue (https://youtu.be/2KZ7LHi0cc8) has not used alleged copyrighted content of Media Bezirgan Channel in any manner. In fact, our original video contains images sourced from ANI agency under license and available at - https://x.com/ANI/status/1897445973418500455 https://x.com/MrSinha_/status/1897501081795490222 https://x.com/AskAnshul/status/1897491009774207102 https://x.com/changu311/status/1897408464609275911 https://x.com/smitadeshmukh/status/1897496304646860996 In view of the above, our YouTube video URL: https://youtu.be/2KZ7LHi0cc8 is distinct and original copyrighted work, and Media Bezirgan has no justified ground or right to file copyright strike. We request you to review and consider retracting the strike. In case of any additional information that may be required, we are willing to assist. Best Regards, Sundram Kumar 9716225259 sundram.kumar@timesinternet.in Channel URL: https://www.youtube.com/@navbharattimes

I swear, under penalty of perjury, that I have a good faith belief the material was removed due to a mistake or misidentification of the material to be removed or disabled.

I consent to the jurisdiction of the Federal District Court for the district in which my address is located, or if my address is outside of the United States, the judicial district in which YouTube is located, and will accept service of process from the claimant.

Navbharat Times नवभारत टाइम्स

Navbharat Times नवभारत टाइम्स
Times Center, FC-6, Film City, Sector 16 A
Noida, India 201301
India

sundram.kumar@timesinternet.in

097162 25259

Help Center • Email Options

You received this email to provide information and updates around your YouTube channel or account.

YouTube

© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066

---

**Abdusselam Bezirgan** <abdusselambezirgan@gmail.com> Sat, Apr 12, 2025 at 1:24 AM
To: YouTube Copyright <youtube-disputes+190li7qgy3wia0h@google.com>

Hello,

Thank you for your response.

We are in the process of amending the filed complaint to include a request for injunctive relief, as required. We expect to submit the amended and court-stamped copy by the end of day Monday.

We appreciate your patience and will provide the updated filing promptly upon receipt.

Kind regards,

Abdusselam Bezirgan

[Quoted text hidden]

# Exhibit G

private status screenshot


3:26
◄ Gmail
5G 54
This video is private