**Abdusselam Bezirgan**
Calgary, Alberta, Canada
(416) 890-8560
abdusselambezirgan@gmail.com
**Pro Se Plaintiff**

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

**Case No.: 4:25-cv-03224-YGR**

**ABDUSSELAM BEZIRGAN,**

Plaintiff,

v.

**TIMES INTERNET LIMITED, a business entity operating under the alias NAVBHARAT TIMES, and DOES 1–10, inclusive,**

Defendants.

**[Proposed] Order Granting Plaintiff's Administrative Motion To Appear Remotely**

Before the Court is Plaintiff Abdusselam Huzeyfe Bezirgan's Administrative Motion, brought pursuant to Civil Local Rule 7-11 and Section VII(D) of this Court's Civil Standing Order, for leave to appear by videoconference at the hearing on his Motion for Default Judgment (ECF No. 30), set for October 23, 2026 at 2:00 p.m. (ECF No. 32), or, in the alternative, for an order vacating that hearing and determining the Motion for Default Judgment on the papers submitted.

Having considered the Motion, the supporting Declaration of Abdusselam Huzeyfe Bezirgan, and the record in this action, and good cause appearing,

**IT IS HEREBY ORDERED AS FOLLOWS:**

1. Plaintiff's Administrative Motion is GRANTED.

2. Plaintiff Abdusselam Huzeyfe Bezirgan may appear by videoconference at the hearing on his Motion for Default Judgment set for October 23, 2026 at 2:00 p.m. in Courtroom F, 15th Floor, 450 Golden Gate Avenue, San Francisco, California.

3. Promptly upon entry of this Order, Plaintiff shall contact Judge Kang's Courtroom Deputy by email at PHKCRD@cand.uscourts.gov to obtain instructions for appearing remotely.

4. Plaintiff shall be logged in and available no later than fifteen (15) minutes before the scheduled time of the hearing.

**ALTERNATIVE FORM OF ORDER**

[If the Court elects to determine the Motion for Default Judgment without oral argument, the Court may enter the following in place of paragraphs 2 through 4 above:]

2. The hearing set for October 23, 2026 at 2:00 p.m. is VACATED.

3. Plaintiff's Motion for Default Judgment (ECF No. 30) is deemed submitted on the papers pursuant to Civil Local Rule 7-1(b), and the Court will issue its Report and Recommendation in due course.

IT IS SO ORDERED.

DATED: ____________________

______________________________

HON. PETER H. KANG

UNITED STATES MAGISTRATE JUDGE