**Abdusselam Bezirgan**
PO Box 93015, Calgary RPO Stampede
Calgary, AB T2G 0X6, Canada
(416) 890-8560
abdusselambezirgan@gmail.com
**Pro Se Plaintiff**

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

**ABDUSSELAM BEZIRGAN,**

Plaintiff,

v.

**TIMES INTERNET LIMITED, a business entity operating under the alias NAVBHARAT TIMES, and DOES 1–10, inclusive,**

Defendants.

**Case No.: 4:25-cv-03224-YGR**

**PLAINTIFF'S NOTICE OF CHANGE OF ADDRESS**

**TO ALL PARTIES HEREIN, THEIR ATTORNEYS OF RECORD, AND THE CLERK OF THE ABOVE ENTITLED COURT:**

PLEASE TAKE NOTICE that, pursuant to Civil Local Rule 3-11, Plaintiff Abdusselam Huzeyfe Bezirgan, appearing pro se, gives notice that his mailing address has changed. Please direct all mail, notices and correspondence in this action to:

Abdusselam Huzeyfe Bezirgan
PO Box 93015, Calgary RPO Stampede
Calgary, AB T2G 0X6
Canada

Plaintiff's telephone number and email address are unchanged.

Dated: November 10, 2026

Respectfully submitted,

By: /s/ Abdusselam Huzeyfe Bezirgan

**Abdusselam Huzeyfe Bezirgan**
Plaintiff, Pro Se
PO Box 93015, Calgary RPO Stampede
Calgary, AB T2G 0X6, Canada
(416) 890-8560
abdusselambezirgan@gmail.com

# CERTIFICATE OF SERVICE

I certify that on __November 10__, 2026, I served a true and correct copy of the foregoing PLAINTIFF'S NOTICE OF CHANGE OF ADDRESS on Defendant Times Internet Limited, which is not a registered CM/ECF user, by electronic mail to timesgroupplus@gmail.com, the electronic address at which Defendant was served with the Summons and Complaint in this action. Service was made by me from Calgary, Alberta, Canada.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on __November 10__, 2026, at Calgary, Alberta, Canada.

By: /s/ Abdusselam Huzeyfe Bezirgan
**Abdusselam Huzeyfe Bezirgan**
Plaintiff, Pro Se